# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHARLETTA MCNEIL, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 18-1750 |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA d/b/a HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA, | |
| Defendant. | |

## ORDER

**AND NOW**, this 8th day of May, 2019, upon consideration of Defendant The Trustees of the University of Pennsylvania d/b/a Hospital of the University of Pennsylvania's ("Penn") Motion for Summary Judgment, Plaintiff Scharletta McNeil's Brief in Opposition, and Penn's Reply Brief, it is hereby **ORDERED** that:

1. Penn's Motion for Summary Judgment (Doc. No. 17) is **GRANTED**; and

2. the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE